```
1  DON PROUDFOOT, ESQ. SBN 35157
   PROUDFOOT & QUACH LLP
2  225 S. Lake Ave., Suite 300
   Pasadena, CA 91101
3  Tel. (626) 432-7214
   Fax. (626) 389-5441
4  Attorneys for Plaintiff MARY GILBERT

5  CARL J. PENTIS, ESQ., SBN 116453
   WILDISH & NIALIS
6  500 North State College Boulevard, Suite 1200
   Orange, California 92868
7  Tel: (714) 634-8001 / Fax: (714) 634-3869
   email:  cpentis@wildishandnialis.com
8  Attorneys for Defendants, ALLIED VAN LINES, INC. and B & F ROLAPP
   ENTERPRISES, INC. dba BEVERLY HILLS TRANSFER AND STORAGE
9
```

JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. GILBERT (AKA MEG GILBERT), an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a corporation; R & F ROLAPP ENTERPRISES, INC. (dba Beverly Hills Transfer and Storage), a corporation and DOES 1 through 50, inclusive,<br><br>                    Defendants | Case No.: CV09-3515 AHM (FMOx)<br><br>**ORDER OF DISMISSAL** |

PURSUANT TO THE STIPULATION OF THE PARTIES and upon good cause showing through the settlement of the parties,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety.

Dated: July 29, 2009

_____
UNITED STATES DISTRICT JUDGE

**JS-6**

---
1
ORDER OF DISMISSAL